UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Gantz, | ) |
| *Petitioner*, | ) C.A. No. 14-231 Erie |
| v. | ) |
| | ) ORDER ADOPTING THE REPORT |
| | ) AND RECOMMENDATION OF |
| Warden Sutter, et al. | ) MAGISTRATE JUDGE BAXTER |
| *Respondents*. | ) |

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court dismiss the petition for a writ of habeas corpus on the grounds that Petitioner's claims are untimely. (Doc. No. 21). After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1) The Report and Recommendation is ADOPTED;

(2) Respondent's motion to dismiss is GRANTED;

(3) The petition shall be DENIED on the grounds that it is untimely;

(4) The certificate of appealability shall be DENIED;

(5) The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 21st day of August, 2015.

*/s/ Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1